October 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES BURNS, Appellant

NO. 14-12-00966-CV                         V.

CARRIE MULLIN, Appellee

_____

   This cause, an appeal from the judgment in favor of appellee, CARRIE MULLIN, signed August 20, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

   We order appellant, JAMES BURNS, to pay all costs incurred in this appeal.

   We further order this decision certified below for observance.